UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ARMANDO SANTOS,**

    Petitioner,

v.                                           Case No.  8:06-cv-239-T-30TBM
                                            (Crim. Case No.:8:03-cr-255-T-30TBM  )

**UNITED STATES OF AMERICA,**

    Respondent.
_____

## **AMENDED ORDER OF DISMISSAL**

      THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that the Petitioner has failed to respond to the Order to Show Cause (Dkt. #8) entered on August 23, 2006, in this matter.  Because the Petitioner has failed to show good cause in writing or respond to the Respondent's assertions that the §2255 portion of his Petition is time-barred and that the §2241 portion of his Petition lacks jurisdiction, the Court determines that this case should be dismissed.  It is therefore

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed.

      2.      The Clerk is directed to enter Judgment against the Petitioner ARMANDO SANTOS and for the Respondent UNITED STATES OF AMERICA.

      3.      All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 5, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-239.dismissal 8.wpd